**Order filed, June 13, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00388-CV

———————

**DUSTIN BROWN, NATALIE BROWN, INDIVIDUALLY, NATALIE BROWN, AS MOTHER OF ADLEY BROWN AND NATALIE BROWN, AS MOTHER OF ILY BROWN, Appellant**

**V.**

**TARBERT, LLC, DBA WAYPOINT HOMES, STARWOOD WAYPOINT TRS, LLC, BRANDON ROBERTS AND CHASE FERRELL, Appellee**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2016-81429**

## ORDER

The reporter's record in this case was due June 11, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Sheri Ulrich, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM